IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| MERYL CROSBIE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:18-CV-00143-D |
| MED FIRST IMMEDIATE CARE AND FAMILY PRACTICE, P.A., | ) |
| Defendant. | ) |

**ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT**

Before the Court is Plaintiff's Request for the Clerk's Entry of Default against Defendant,. MED FIRST IMMEDIATE CARE AND FAMILY PRACTICE, P.A.

Upon consideration, and after due deliberation and sufficient cause appearing therefore, it is **ORDERED** that Plaintiff's Request is **GRANTED** and Defendant is held in Default.

Dated: 10-23-2018

_____
Clerk of Court, United States District Court
for the Eastern District of North Carolina