**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION**

| | |
|---|---|
| MERYL CROSBIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18-cv-00143-D |
| | ) |
| MED FIRST IMMEDIATE CARE AND | ) |
| FAMILY PRACTICE, P.A., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, MERYL CROSBIE, ("Plaintiff"), through her attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

                                    Respectfully submitted,
                                    HORMOZDI LAW FIRM, PLLC

March 26, 2019                By: /s/ Shireen Hormozdi
                                        Shireen Hormozdi
                                        Hormozdi Law Firm, PLLC
                                        North Carolina Bar No. 47432
                                        1770 Indian Trail Road, Suite 175
                                        Norcross, GA 30093
                                        Tel: 678–395-7795
                                        Cell: 678-960-9030
                                        Fax: 866-929-2434
                                        shireen@agrusslawfirm.com
                                        shireen@norcrosslawfirm.com

## CERTIFICATE OF SERVICE

      On March 26, 2019, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Mike Mitchell, at mmitchell@smithlaw.com.

                                      By: /s/ Shireen Hormozdi _____
                                              Shireen Hormozdi