**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION**

| | |
|---|---|
| MERYL CROSBIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18-cv-00143-D |
| | ) |
| MED FIRST IMMEDIATE CARE AND | ) |
| FAMILY PRACTICE, P.A., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, MERYL CROSBIE, ("Plaintiff"), through her attorney, Hormozdi Law Firm, PLLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, MED FIRST IMMEDIATE CARE AND FAMILY PRACTICE, P.A.

Respectfully submitted,
HORMOZDI LAW FIRM, PLLC

April 15, 2019        By: /s/ Shireen Hormozdi
                                    Shireen Hormozdi
                                    Hormozdi Law Firm, PLLC
                                    North Carolina Bar No. 47432
                                    1770 Indian Trail Road, Suite 175
                                    Norcross, GA 30093
                                    Tel: 678–395-7795
                                    Cell: 678-960-9030
                                    Fax: 866-929-2434
                                    shireen@agrusslawfirm.com
                                    shireen@norcrosslawfirm.com

## **CERTIFICATE OF SERVICE**

On April 15, 2019, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system, which will provide notice to all parties of record.

By: /s/ Shireen Hormozdi _____
Shireen Hormozdi